# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MATTHEW D. MACEK & LISA B. MACEK  
503 FOREST DRIVE  
KIRKLAND, IL  60146  

SSN-xxx-xx-1914 & xxx-xx-6813

Case Number: 07-71379

Case filed on: 6/5/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,347.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,500.00 | 3,500.00 | 1,757.36 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,757.36 | 0.00 |
| 003 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MATTHEW D. MACEK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 0.00 | 377.22 | 377.22 | 247.78 |
| 002 | FORD MOTOR CREDIT | 1,500.00 | 1,500.00 | 87.86 | 202.14 |
| 004 | WELLS FARGO HOME MORTGAGE INC | 229,772.55 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO HOME MORTGAGE INC | 15,864.99 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN GENERAL FINANCIAL SERVICES | 2,472.00 | 2,472.00 | 420.00 | 0.00 |
| 066 | AARONS LEASE TO OWN FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 249,609.54 | 4,349.22 | 885.08 | 449.92 |
| 001 | FORD MOTOR CREDIT CORP | 3,328.06 | 2,950.84 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT | 0.00 | 8,446.00 | 0.00 | 0.00 |
| 006 | ALAN REICH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAN GENERAL FINANCIAL SERVICES | 2,471.40 | 2,471.40 | 0.00 | 0.00 |
| 010 | AMERICAN MEDIATION & ALTERNATIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICAN MEDIATION & ALTERNATIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ARROW FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BEN GORDON CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 986.98 | 986.98 | 0.00 | 0.00 |
| 018 | CAPITAL ONE | 1,200.06 | 1,200.06 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CAPITAL ONE | 1,251.84 | 1,251.84 | 0.00 | 0.00 |
| 023 | CAPITAL ONE | 4,947.04 | 4,947.04 | 0.00 | 0.00 |
| 024 | CITY OF ELGIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CPI/JOLIET | 332.83 | 332.83 | 0.00 | 0.00 |
| 027 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | DOUBLE DAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | DRS BOYER & SCHIEVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | FAHEY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | FMC - OMAHA SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | GOODYEAR TIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | GREAT AMERICAN FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | HFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ECAST SETTLEMENT CORPORATION | 6,361.12 | 6,361.12 | 0.00 | 0.00 |
| 038 | HSBC AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | HSBC BANK NV FKA HHLB | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ILLINOIS HIGHWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | KEYNOTE CONSULTING | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | LINEBARGER GROGGAN BLAIR & SAMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | LINEBARGER GROGGAN BLAIR & SAMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | MEDTRONIC | 116.08 | 116.08 | 0.00 | 0.00 |
| 047 | METRIS BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | MID AMERICA FEDERAL S&L | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | MONTERY | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 050 | MOUNTAIN STATE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | NORTHWEST PODIATRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | OSI COLLECTION SERVICES INC | 655.90 | 655.90 | 0.00 | 0.00 |
| 053 | PROVENA SAINT JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | C.B. ACCOUNTS INC | 1,378.06 | 1,378.06 | 0.00 | 0.00 |
| 056 | SHORT TERM LOANS LLC | 1,458.04 | 1,458.04 | 0.00 | 0.00 |
| 057 | ST. JOSEPH PROVENA | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | UROLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | VALLEY AMBULATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | AFNI/VERIZON | 513.86 | 513.86 | 0.00 | 0.00 |
| 062 | VERIZON SOUTH INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | LVNV FUNDING LLC | 11,076.67 | 11,076.67 | 0.00 | 0.00 |
| 064 | WASHINGTON MUTUAL / PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | WORLD FINANCIAL NETWORK NATIONAL BANK | 3,486.92 | 3,486.92 | 0.00 | 0.00 |
| 067 | WORLD FINANCIAL NETWORK NATIONAL BANK | 3,486.92 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 43,051.78 | 47,633.64 | 0.00 | 0.00 |
| | Grand Total: | 296,161.32 | 55,482.86 | 2,642.44 | 449.92 |

Total Paid Claimant:　$3,092.36
Trustee Allowance:　$254.64
Percent Paid Unsecured:　0.00

　　　　Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL　on 07/30/2008　　　　　　By　/s/Heather M. Fagan